IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKLYN MEDINA,<br><br>                Plaintiff,<br><br>v.<br><br>STERLING INFOSYSTEMS, INC.,<br><br>                Defendant. | CIVIL ACTION<br>NO. 17-01165 |

### ORDER

**AND NOW, AND NOW,** this 13th day of July 2017, upon consideration of the letter received by Chambers on July 12, 2017 informing the Court that the above-captioned case has settled, it is **ORDERED** as follows:

1. The Clerk of Court shall docket the attached letter from Ryan Allen Hancock, Esquire, dated July 10, 2017;

2. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b); and

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.



Law Offices of
**Willig, Williams & Davidson**

Twenty-Fourth Floor
1845 Walnut Street
Philadelphia, Pennsylvania 19103

(215) 656-3600
www.wwdlaw.com

Ryan Allen Hancock
Phone: (215) 656-3679
Fax: (215) 561-5135
rhancock@wwdlaw.com

July 10, 2017

**Via U.S. Mail**

Honorable Joel H. Slomsky
U.S. District Judge for the Eastern District of Pennsylvania
U.S. Court House
601 Market Street, Room 13614
Philadelphia, PA 19106

Re:   2:17-cv-01165-JHS: Medina v. Sterling Infosystems, Inc.

Dear Judge Slomsky:

Please be advised that settlement has been reached between Plaintiff and Defendant Sterling Infosystems, Inc. Accordingly, the parties respectfully request that the Court enter a Rule 41.1b order dismissing the action against Defendant Sterling Infosystems, Inc., with prejudice.

Very truly yours,

Ryan Allen Hancock

RAH/kdb

CC: Pamela Q. Devata, Esq.
    Jacob Oslick, Esq.
    E. Michelle Drake, Esq.
    Joseph Hashmall, Esq.
    Courtney Stieber, Esq.

Harrisburg Office: 212 Locust Street, Suite 601, Harrisburg, PA 17101 • (717) 221-1000
Jenkintown Office: 801 Old York Road, Suite 313, Noble Plaza, Jenkintown, PA 19046 • (215) 884-7352
South Jersey Office: 101 Windsor Avenue, Haddonfield, NJ 08033 • (856) 616-0606
Media Office: Second Floor, 221 North Olive Street, Media, PA 19063 • (610) 566-3930
North Jersey Office (Livingston Siegel DiMarzio, LLP, Of Counsel): 661 Franklin Avenue, Nutley, NJ 07110 • (973) 661-4545
Chicago Office (Illinois Advocates LLC, Of Counsel): 77 W. Washington Street, Suite 2120, Chicago, IL 60602 • (312) 818-6750